ABRAHAM A. KAUFER, respondent,

*v.*

JACOB ROTHMAN, appellant.

[Decided May 16th, 1927.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Backes, reported in *4 N. J. Mis. R. 1029.*

*Mr. Herman Krohn,* for the respondent.

*Mr. Milton M. Unger,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Backes.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 13.

*For reversal*—None.